**CITY OF WILKES–BARRE, Petitioner**

v.

**FIRE FIGHTERS LOCAL UNION NO. 104, Respondent**

No. 580 MAL 2016

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW,** this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**Jean COULTER, Petitioner**

v.

**James E. MAHOOD, Brian E. McKinley, Elisabeth Pride, Darren K. Oglesby, Wilder & Mahood, Wilder Mahood McKinley & Oglesby, Mary Beth Beech, Michael G. Byrnes, and Unknown Employee of Wilder & Mahood—known only as KLL, Respondents**

No. 604 MAL 2016

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW,** this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Wecht did not participate in the consideration or decision of this matter.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony HOBAN, Petitioner**

No. 549 MAL 2016

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW,** this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**